CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S. Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LUCERO PEACE,<br><br>Defendant. | Case No. 26-CR-00048-1 EKL<br><br>STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [~~PROPOSED~~] ORDER |

Currently, there is a status conference scheduled for August 25, 2026. The Government has produced discovery to the defense. Counsel for Defendant has reviewed the discovery but requires additional time to review certain matters to effectively prepare Defendant's case. Accordingly, the parties respectfully request that the Court continue the status conference scheduled for August 25, 2026, to November 3, 2026.

The parties stipulate and agree that excluding time until November 3, 2026, will allow for the effective preparation and continuity of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 25, 2026, to November 3, 2026, from computation under the Speedy Trial Act outweigh the best interests of the

public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED

CRAIG H. MISSAKIAN
United States Attorney

Dated: August 19, 2026

/s/ Neal Hong
NEAL C. HONG
Assistant United States Attorney

/s/ Naomi Chung
NAOMI CHUNG
Counsel for Defendant

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby continues the status conference to August 25, 2026, and excludes time under the Speedy Trial Act from August 25, 2026, to November 3, 2026. The Court finds that failing to exclude the time from August 25, 2026, to November 3, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 25, 2026, to November 3, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 25, 2026, to November 3, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 20, 2026

HON. EUMI K. LEE
United States District Judge