CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

60 S. Market, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5081
neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN LUCERO PEACE,<br><br>Defendant. | Case No. 26-CR-00048-1 EKL<br><br>STIPULATION TO SEVER DEFENDANT FROM CO-DEFENDANTS; AND [~~PROPOSED~~] ORDER |

The Grand Jury charged Defendant Jonathan Lucero Peace, with co-defendant Alejandro Pelayo Gonzalez, in Count One of the Indictment and with co-defendant Julio Jovan Vasquez Ochoa, in Count Two of the Indictment. The Court scheduled a jury trial for Pelayo Gonzalez for October 26, 2026. At the August 25, 2026, status conference for Vasquez Ochoa, the parties discussed a trial date, but one was not set.

Defendant is not scheduled for trial. Defendant's case is set for a status conference on November 3, 2026. The parties do not anticipate requesting a trial date at the upcoming status conference.

Accordingly, the parties respectfully request that Defendant's case be severed from co-defendant

Pelayo Gonzalez in Count One and co-defendant Vasquez Ochoa in Count Two. Severance would allow Pelayo Gonzalez's trial to proceed and allow a trial to be set in Vasquez Ochoa's case.

IT IS SO STIPULATED.

CRAIG H. MISSAKIAN
United States Attorney

Dated: August 28, 2026

/s/ Neal Hong_________________
NEAL C. HONG
Assistant United States Attorney

/s/ Naomi Chung___________________
NAOMI CHUNG
Counsel for Defendant

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby GRANTS the joint request for severance.

IT IS HEREBY ORDERED that Defendant's case is SEVERED from co-defendant Alejandro Pelayo Gonzalez's case in Count One of the Indictment charging them with a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) - Distribution of Fentanyl Analogue.

IT IS HEREBY ORDERED that Defendant's case is SEVERED from co-defendant Julio Jovan Vasquez Ochoa in Count Two of the Indictment charging them with a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A) - Distribution of 500 Grams and More of Methamphetamine.

IT IS SO ORDERED.

DATED: September 15, 2026

HON. EUMI K. LEE
United States District Judge