NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Fax: (415) 484-7054
chung@defender.law

Attorney for Defendant
JONATHAN LUCERO-PEACE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JONATHAN LUCERO-PEACE,<br>Defendant. | No. 26-CR-00048-EKL<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY SITPULATED AND AGREED between the defendant Jonathan Lucero-Peace, through his attorney, Naomi Chung, and the government through its attorney, Assistant United States Attorney Neal Hong, that the status conference currently set for November 3, 2026, be continued to December 22, 2026 at 10:30 a.m. Defense counsel requires additional time to review certain matters to effectively prepare Mr. Lucero-Peace's case. Accordingly, the parties respectfully request that the Court continue the status conference scheduled for November 3, 2026, to December 22, 2026.

The parties stipulate and agree that excluding time until December 22, 2026, will allow

for the effective preparation and continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 3, 2026, to December 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED.

Dated: 10/26/2026

/s/
NAOMI CHUNG
Attorney for Jonathan Lucero-Peace

Dated: 10/26/2026

/s/
NEAL HONG
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby continues the status conference to December 22, 2026, and excludes time under the Speedy Trial Act from November 3, 2026, to December 22, 2026. The Court finds that failing to exclude the time from November 3, 2026, to December 22, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 3, 2026, to December 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 3, 2026, to December 22, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

Dated: October 26, 2026

HON. EUMI K. LEE
United States District Judge